**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Dean K. Sasman |
| Debtor 2 (Spouse, if filing) | Kimberly G Sargis Sasman |
| United States Bankruptcy Court for the: | Northern District of Illinois (State) |
| Case number | 18-01679 |

Official Form 410S1

# Amended Notice of Mortgage Payment Change    12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank National Association

**Court claim no.** (if known): 7-1

**Last four digits** of any number you use to identify the debtor's account: 9233

**Date of payment change:**
Must be at least 21 days after date of this notice: 12/01/2020

**New total payment:**
Principal, interest, and escrow, if any: $1,826.28

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $632.69    New escrow payment: $799.79

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____%    New interest rate: _____%
   Current principal and interest payment: $_____    New principal and interest payment: $_____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____
   Current mortgage payment: $_____    New mortgage payment: $_____

| Debtor 1 | Dean K. Sasman | | Case Number *(if known)* | 18-01679 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

| ✗ | /s/ Matthew Tillma | Date | 09/28/2020 |
|---|---|---|---|
| | Signature | | |

| Print: | **Matthew Tillma** | Title | Authorized Agent for U.S. Bank National Association |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

| Company | Bonial & Associates, P.C. |
|---|---|

| Address | 14841 Dallas Parkway, Suite 425 |
|---|---|
| | Number    Street |
| | Dallas, Texas  75254 |
| | City    State    Zip Code |

| Contact phone | (972) 643-6600 | Email | POCInquiries@BonialPC.com |
|---|---|---|---|

## CERTIFICATE OF SERVICE OF NOTICE OF MORTGAGE PAYMENT CHANGE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before September 28, 2020 via electronic notice unless otherwise stated.

**Debtor**           *Via U.S. Mail*
Dean K. Sasman
203 Thornapple Ct.
Buffalo Grove, IL 60089


**Debtor**           *Via U.S. Mail*
Kimberly G Sargis Sasman
203 Thornapple Ct.
Buffalo Grove, IL 60089


**Debtors' Attorney**
David M. Siegel
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL  60090

**Chapter 13 Trustee**
Glenn B. Stearns
801 Warrenville Road, Suite 650
Lisle, Illinois 60532

    Respectfully Submitted,

    /s/  **Matthew Tillma**



# usbank
U.S. Bank Home Mortgage
P.O. Box 21948
Eagan, MN 55121

**Home Mortgage**

DEAN K SASMAN
KIMBERLY G SARGIS SASMAN
203 THORNAPPLE CT
BUFFALO GROVE IL 60089-6796

### Contact Information

**Live Customer Support:** 800-365-7772
Mon-Fri 7 a.m. - 8 p.m. CT and Sat 8 a.m. - 2 p.m. CT
Automated Services also available at this number 24 hours

**Live Hearing Impaired Customer Support:** 800-874-5563
Monday-Friday, 8 a.m. - 5 p.m. CT
A TDD/TTY machine is required when calling this number

| Correspondence Address | Notice of Error and Request for Information |
|---|---|
| U.S. Bank Home Mortgage<br>P.O. Box 21948<br>Eagan, MN 55121 | U.S. Bank Home Mortgage<br>P.O. Box 21977<br>Eagan, MN 55121 |
| Website | www.usbankhomemortgage.com |

## Representation of Printed Document
### Annual Escrow Account Disclosure Statement

Property Address: 203 THORNAPPLE CT
BUFFALO GROVE IL 60089

### Payment Information

ACCOUNT NUMBER: ■
ANALYSIS DATE: 09/22/20

|  | PRESENT PAYMENT | NEW PAYMENT As of 12/01/20 |
|---|---|---|
| Principal & Interest (P&I) | 1,026.49 | 1,026.49 |
| Escrow Deposit | 632.69 | 678.35 |
| Shortage Spread | 0.00 | 121.44 |
| **Total** | **1,659.18** | **1,826.28** |

### Coming Year Escrow Projections

The Coming Year Escrow Projection is a month by month estimate of activity in your escrow account over the next 12 months. Your current escrow balance and all anticipated payments and disbursements are included to determine the Projected Escrow Account Balance. When your escrow balance reaches its lowest point during an account cycle, that balance is targeted to be your cushion amount or low point. The Required Escrow Account Balance is the amount to be on deposit as allowed by Federal law, State law, and/or your mortgage documents; and may include a cushion of up to 1/6th of your Anticipated Annual Disbursements. Your projected low balance is 888.33- and the lowest required balance should not exceed 568.92. The amount is indicated below with an arrow (<). This results in a shortage of 1,457.25. Please retain this statement for comparison with the actual activity in your account.

#### ANTICIPATED ANNUAL DISBURSEMENTS

| | |
|---|---|
| MORTGAGE INS | 1,313.16 |
| COUNTY TAX | 6,545.96 |
| INSURANCE | 281.00 |
| **TOTAL DISBURSEMENTS** | **8,140.12** |
| 1/12th Total Annual Disbursements Monthly Deposit | 678.35 |

#### ACCOUNT PROJECTIONS

| MONTH | ANTICIPATED AMOUNT TO ESCROW | ANTICIPATED AMOUNT FROM ESCROW | DESCRIPTION | PROJECTED ESCROW ACCOUNT BALANCE | REQUIRED ESCROW ACCOUNT BALANCE |
|---|---|---|---|---|---|
|  |  |  | Beginning Balance | 818.35 | 2,275.60 |
| 12/20 | 678.35 | 109.43- | MORTGAGE INS | 1,387.27 | 2,844.52 |
| 01/21 | 678.35 | 109.43- | MORTGAGE INS | 1,956.19 | 3,413.44 |
| 02/21 | 678.35 | 109.43- | MORTGAGE INS | 2,525.11 | 3,982.36 |
| 03/21 | 678.35 | 109.43- | MORTGAGE INS | 3,094.03 | 4,551.28 |
| 04/21 | 678.35 | 109.43- | MORTGAGE INS | 3,662.95 | 5,120.20 |
| 05/21 | 678.35 | 109.43- | MORTGAGE INS | 4,231.87 | 5,689.12 |
| 05/21 |  | 3,272.98- | COUNTY TAX | 958.89 | 2,416.14 |
| 06/21 | 678.35 | 109.43- | MORTGAGE INS | 1,527.81 | 2,985.06 |
| 06/21 |  | 281.00- | ADD HAZ INS | 1,246.81 | 2,704.06 |
| 07/21 | 678.35 | 109.43- | MORTGAGE INS | 1,815.73 | 3,272.98 |
| 08/21 | 678.35 | 109.43- | MORTGAGE INS | 2,384.65 | 3,841.90 |
| 08/21 |  | 3,272.98- | COUNTY TAX | 888.33- | 568.92 < |
| 09/21 | 678.35 | 109.43- | MORTGAGE INS | 319.41- | 1,137.84 |
| 10/21 | 678.35 | 109.43- | MORTGAGE INS | 249.51 | 1,706.76 |
| 11/21 | 678.35 | 109.43- | MORTGAGE INS | 818.43 | 2,275.68 |
| **TOTAL** | **8,140.20** | **8,140.12-** |  |  |  |

#### PROJECTED ESCROW BALANCE SUMMARY

AS OF 09/22/20
| | |
|---|---|
| PROJECTED LOW BAL | 888.33- |
| LESS REQUIRED LOW BAL | 568.92 |
| SHORTAGE ESCROW SHORTAGE | 1,457.25 |
| PRORATED FOR 12 MONTHS | 121.44 |

**NOTICE:** This correspondence is sent only for informational purposes and/or for the purpose of compliance with the loan documents and/or applicable law. You may be afforded certain protections under the United States Bankruptcy Code. By this correspondence, U.S. Bank is not attempting to collect a debt, impose personal liability, or in any way violate the provisions of the United States Bankruptcy Code. For any questions related to the bankruptcy, please contact your bankruptcy attorney.

Effective August 1, 2020, U.S. Bank mortgage servicing has resumed standard hours of operation. See the Contact Information section above for details.

#### Notices of Error and Requests for Information

Borrowers have certain rights under Federal law related to resolving errors and requesting information about their mortgage account. Notices of Error and Requests For Information must be directed to U.S. Bank, Attention: Consumer Advocacy, P.O. Box 21977, Eagan, MN 55121. Your submission must be in writing and include the name of each borrower, the loan number and a description of the error you believe has occurred OR a request for specific information regarding your mortgage loan.


EQUAL HOUSING LENDER   MEMBER FDIC   SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

---

## usbank
**Home Mortgage**

### ESCROW SHORTAGE COUPON
(THIS IS NOT A BILL.)

DEAN K SASMAN
KIMBERLY G SARGIS SASMAN

Internet Reprint

Please make your check payable to:

U.S. BANK HOME MORTGAGE
PO BOX 790415
ST LOUIS MO 63179-0415

LOAN NUMBER: ■
**Shortage Amount: $1,457.25**

Please Note: The total escrow shortage has been divided over the next 12 months. The new monthly escrow deposit reflects any adjustments in your tax and/or insurance disbursements. This has resulted in your monthly mortgage payment being adjusted to 1,826.28 effective 12/01/20.

If you elect to pay the entire shortage amount, your new monthly payment will be $1,704.84, effective 12/01/20, based on the Anticipated Annual Disbursements.

**Escrow Shortage Amount Enclosed** _____

**Check Processing Notice:** By sending your personal check to U.S. Bank Home Mortgage, you are authorizing conversion of your check to a one-time ACH debit from your account. If converted, only the amount of the check will be debited with no additional charges. Your paper check will be destroyed and as a result you will not receive your check back. Please call Customer Service if you would like to learn about other payment options.

Please write your loan number on your check and return this coupon with your payment.

# ESCROW ACCOUNT HISTORY

- This statement itemizes your actual escrow account transactions since your previous escrow analysis statement or initial disclosure. The projections from your previous escrow analysis are to the left of the actual payments, disbursements and escrow balance. By comparing the actual escrow payments to the previous projections listed, you can determine where a difference may have occurred.
- An asterisk (*) indicates a difference from the projected activity in either the amount or date.
- When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.
- Your projected low point may or may not have been reached based on one or more of the following factors:

**PAYMENT(S)**
- Monthly payment(s) received earlier OR later than expected
- Monthly payment(s) received were less than OR greater than expected
- Previous overage was returned to escrow
- Previous shortage not paid entirely

**TAXES**
- Tax rate and/or assessed value changed
- Exemption status lost or changed
- Supplemental/Delinquent tax paid
- Tax bill paid earlier OR later than expected
- Tax installment not paid
- Tax refund received
- New tax escrow requirement paid

**INSURANCE**
- Premium changed
- Coverage changed
- Additional premium paid
- Insurance bill paid earlier OR later than expected
- Premium was not paid
- Premium refund received
- New insurance escrow requirement paid
- Lender placed insurance premium paid

| MONTH | PAYMENTS TO ESCROW PROJECTED | PAYMENTS TO ESCROW ACTUAL | DISBURSEMENTS FROM ESCROW PROJECTED | DISBURSEMENTS FROM ESCROW ACTUAL | DESCRIPTION | ESCROW BALANCE PROJECTED | ESCROW BALANCE ACTUAL |
|---|---|---|---|---|---|---|---|
| | | | | | BEGINNING BALANCE | 1,911.26 | 767.88 |
| 12/19 | 587.27 | 1,231.00 * | 109.43 | * | MORTGAGE INS | 2,389.10 | 1,998.88 |
| 12/19 | | | | 109.43 * | MORTGAGE INS | 2,389.10 | 1,889.45 |
| 01/20 | 587.27 | * | 109.43 | * | MORTGAGE INS | 2,866.94 | 1,889.45 |
| 01/20 | | | | 109.43 * | MORTGAGE INS | 2,866.94 | 1,780.02 |
| 02/20 | 587.27 | 632.69 * | 109.43 | * | MORTGAGE INS | 3,344.78 | 2,412.71 |
| 02/20 | | | | 109.43 * | MORTGAGE INS | 3,344.78 | 2,303.28 |
| 03/20 | 587.27 | 632.69 * | 109.43 | * | MORTGAGE INS | 3,822.62 | 2,935.97 |
| 03/20 | | | | 109.43 * | MORTGAGE INS | 3,822.62 | 2,826.54 |
| 04/20 | 587.27 | 632.69 * | 109.43 | * | MORTGAGE INS | 4,300.46 | 3,459.23 |
| 04/20 | | | | 109.43 * | MORTGAGE INS | 4,300.46 | 3,349.80 |
| 05/20 | 587.27 | 1,265.38 * | 109.43 | * | MORTGAGE INS | 4,778.30 | 4,615.18 |
| 05/20 | | | 2,735.49 | 3,272.96 * | COUNTY TAX | 2,042.81 | 1,342.20 |
| 05/20 | | | | 109.43 * | MORTGAGE INS | 2,042.81 | 1,232.77 |
| 05/20 | | | | 281.00 * | ADD HAZ INS | 2,042.81 | 951.77 |
| 06/20 | 587.27 | 632.69 * | 109.43 | * | MORTGAGE INS | 2,520.65 | 1,584.46 |
| 06/20 | | | | 263.00 * | ADD HAZ INS | 2,257.65 | 1,584.46 |
| 06/20 | | | | 109.43 * | MORTGAGE INS | 2,257.65 | 1,475.03 |
| 07/20 | 587.27 | * | 109.43 | 109.43 | MORTGAGE INS | 2,735.49 | 1,365.60 |
| 07/20 | | | | 109.43 * | MORTGAGE INS | 2,735.49 | 1,256.17 |
| 08/20 | 587.27 | 632.69 * | 109.43 | * | MORTGAGE INS | 3,213.33 | 1,888.86 |
| 08/20 | | | 2,735.49 | 3,272.98 * | COUNTY TAX | 477.84 < | 1,384.12- |
| 09/20 | 587.27 | 1,265.38 * E | 109.43 | * E | MORTGAGE INS | 955.68 | 118.74- E |
| 09/20 | | | | 109.43 * | MORTGAGE INS | 955.68 | 228.17- |
| 10/20 | 587.27 | 632.69 * E | 109.43 | 109.43 E | MORTGAGE INS | 1,433.52 | 295.09 E |
| 11/20 | 587.27 | 632.69 * E | 109.43 | 109.43 E | MORTGAGE INS | 1,911.36 | 818.35 E |
| TOTAL | 7,047.24 | 8,190.59 | 7,047.14 | 8,140.12 | | | |

The last analysis projected the disbursements from your escrow account would be 7,047.14. The required balance should not have exceeded 477.84. The Required Escrow Account Balance is the amount to be on deposit as allowed by Federal law, State law, and/or your mortgage documents; the amount is indicated with an arrow (<).

DEAN K SASMAN
KIMBERLY G SARGIS SASMAN
203 THORNAPPLE CT
BUFFALO GROVE IL  60089-6796

### Annual PMI Disclosure

**PRIVATE MORTGAGE INSURANCE:** Your mortgage loan requires private mortgage insurance (PMI). PMI protects lenders and others against financial loss when borrowers default. Charges for the insurance are added to your loan payments. Under certain circumstances, Federal law gives you the right to cancel PMI or requires that PMI automatically terminate. Cancellation or termination of PMI does NOT affect any obligation you may have to maintain other types of insurance.

**Borrower Requested Cancellation of PMI:** Under the Homeowners Protection Act of 1998, if your loan closed on or after July 29, 1999, as a single-family primary residence, you may have the right to request that PMI be canceled on or after either of these dates: (1) the date the principal balance of your loan is first scheduled to reach 80% of the original value of the property or (2) the date the principal balance actually reaches 80% of the original value of the property. PMI will only be canceled on these dates if (1) you submit a written request for cancellation; (2) you have a good payment history; and (3) we receive a current appraisal performed by an appraiser selected by the servicer and paid for by the borrower, evidence that the value of the property has not declined below its original value and certification that there are no subordinate liens on the property. A "good payment history" means no payments 60 days or more past due within two years and no payments 30 or more days past due within one year of the cancellation date. "Original value" means the lesser of the contract sales price of the property or the appraised value of the property at the time the loan was closed.

**Automatic Termination of PMI:** Under the Homeowners Act of 1998, if your loan closed on or after July 29, 1999, as a single-family primary residence and if you are current on your loan payments, PMI will automatically terminate on the date the principal balance of your loan is first scheduled to reach 78% of the original value of the property. If you are NOT current on your loan payments as of that date, PMI will automatically terminate when you become current on your payments. In any event, PMI will not be required on your mortgage loan beyond the date that is the midpoint of the amortization period for the loan, if you are current on your payments on that date.

If your loan closed before July 29, 1999 or if it is not a single-family primary residence or second home: The conditions for canceling mortgage insurance for mortgages closed before July 29, 1999, are not statutory under Federal law. PMI may under certain circumstances, be canceled by the consumer with lender's consent or according to state law.

**Minnesota:** You may also have the right under Minnesota law to cancel the PMI insurance and stop paying premiums. This may reduce your total monthly payment. You may have the right to cancel PMI if the principal balance of your loan is 80 percent or less of the current market value of your home. Under Minnesota Law, the value of your property can be determined by a professional appraisal. You need to pay for this appraisal, but in most cases you will be able to recover this cost in less than a year if the PMI is canceled.

**California:** You may also have the right under California law to cancel the PMI insurance and stop paying premiums. You may be able to cancel the PMI based upon various factors, including the appreciation of the value of the property determined from a current appraisal performed by an appraiser selected by the lender or servicer, and paid for by you.

**Texas:** If you want to learn whether you are eligible to cancel PMI, please contact the Texas Department of Insurance Consumer help line at 800.252.3439 or contact us at: Phone: 800.365.7772.

For further information concerning your rights to cancel PMI insurance on your mortgage loan, you may contact us at:

U.S. Bank Home Mortgage
Attention: PMI Department (CN-KY-FDIN)
P.O. Box 21948
Eagan, MN 55121
Phone: 800.365.7772

*****INFORMATION REGARDING PREPAID ESCROWED ITEMS*****

Please be advised, an annual review of your escrow account is conducted to determine the monthly escrow account payments for the next computation year. An Escrow Account computation year is a 12-month period beginning from either the initial payment on a new loan or at the completion of the escrow account computation year on loans previously analyzed. In conducting the escrow account analysis, the amount of the escrowed items may be estimated if unknown, or may be based on the preceding year's charge. In addition, the disbursement date of the escrowed item must be within the computation year and on or before the deadline to avoid a penalty.

This annual review may have identified an escrow item due date that falls outside of the computation period, thus is not included in this year's escrow collection. When this occurs, this can create an escrow shortage on your next annual escrow review. To avoid a potential shortage you may elect to voluntarily pay more into your escrow account. Please contact our Customer Service Center at 800.365.7772 if you have any concerns regarding your Annual Escrow Account Disclosure Statement.